**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 15, 2026

_____

No. 26-1054
(1:21-cv-00309-ELH)

_____

ASHLEY BOSHEA, Administrator of the Estate of David John Boshea, Deceased

      Plaintiff - Appellee

and

COMPASS MARKETING, INC.

      Defendant - Appellee

v.

MICHAEL R. WHITE

      Movant - Appellant

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

R. Phillips, Deputy Clerk
804-916-2702